```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 27694
   GEORGE LEE CARTER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-1004


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/27/2004 and was confirmed 09/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.08% from remaining funds.

     The case was paid in full 10/05/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED          10775.00        821.62      10775.00
NUVELL CREDIT CO LLC       UNSECURED         9006.26           .00       1358.50
AT & T WIRELESS            UNSECURED        NOT FILED          .00            .00
ANDERSON FINANCIAL NETWO   NOTICE ONLY      NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED           600.00          .00          90.48
ECMC                       FILED LATE         8894.12          .00            .00
EVERGREEN FINANCE          UNSECURED         12467.06          .00       1880.53
HERMANEK & GARA PC         NOTICE ONLY      NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED           102.69          .00          15.49
CBC NATIONAL COLLECTION    NOTICE ONLY      NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          4113.72          .00         620.51
ASSET ACCEPTANCE CORP      NOTICE ONLY      NOT FILED          .00            .00
EVERGREEN FINANCE          UNSECURED          5463.73          .00         824.15
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       1,113.72
DEBTOR REFUND              REFUND                                          237.80

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              20,437.80

PRIORITY                                             .00
SECURED                                        10,775.00
     INTEREST                                     821.62
UNSECURED                                       4,789.66
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            1,113.72
DEBTOR REFUND                                     237.80
                                         ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 27694 GEORGE LEE CARTER
```

```
TOTALS                               20,437.80           20,437.80
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 01/28/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```